**DISMISS and Opinion Filed June 21, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00245-CV

**TONY RAMJI, TRUSTEE FOR THE GEMINI III FUTURE TRUST,**
**Appellant**
**V.**
**COOPER HOMES, INC., Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-03805**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Nowell
Opinion by Justice Partida-Kipness

Before the Court is appellant's motion for voluntary dismissal of the appeal.

*See* TEX. R. APP. P. 42.1(a)(1).  We grant the motion and dismiss the appeal.  *See id.*

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
220245F.P05                                                   JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

TONY RAMJI, TRUSTEE FOR
THE GEMINI III FUTURE TRUST,
Appellant

No. 05-22-00245-CV          V.

COOPER HOMES, INC., Appellee

On Appeal from the 162nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-03805.
Opinion delivered by Justice Partida-
Kipness, Justices Pedersen, III and
Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Cooper Homes, Inc. recover its costs, if any, of this appeal from appellant Tony Ramji, Trustee for the Gemini III Future Trust.

Judgment entered June 21, 2022.